UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JACKIE LARDIN, LACIE CARTER
and all others similarly situated,

        Plaintiffs,

v.

ETW, LLC d/b/a WEST BOCA
VETERINARY CENTER,
and GREGG KUEHNEL,

        Defendants.
_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, JACKIE LARDIN and LACIE CARTER, by and through their undersigned counsel, hereby file this Complaint and Demand for Jury Trial against Defendants, ETW, LLC d/b/a WEST BOCA VETERINARY CENTER ("the Center"), and GREGG KUEHNEL ("Kuehnel"), and state the following:

## NATURE OF ACTION

1. This is an action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq. Plaintiffs were formerly employed as technicians at Defendants' veterinary clinic. They were paid on an hourly basis and routinely worked more than 40 hours per week, but were never paid an overtime premium as required by the FLSA.

## THE PARTIES

2. The Center is a veterinary clinic located in Boca Raton, Florida.

3. At all material times hereto, the Center had annual sales revenues in excess of $500,000.00, and had two or more employees handling, selling or working on goods or materials that have moved in or were produced for commerce. The Center also used telephonic transmissions over state lines to do its business, transmitted funds outside the State of Florida, and accepted credit card payments and transfers and other forms of payment that were made or processed outside the State of Florida. Accordingly, the Center is an enterprise engaged in interstate commerce and subject to the FLSA.

4. At all times material hereto, Defendant Kuehnel was a manager of the Center (a limited liability company) and partial owner of the Center, exercised control over significant aspects of the Center's day-to-day functions, hired and fired employees, supervised employees and set their conditions of employment, established the methods and rules under which employees performed their jobs, and determined employees' rates, methods, and timing of compensation, and other matters in relation to employees, and therefore was an "employer" as defined by the FLSA.

## JURISDICTION AND VENUE

5. Jurisdiction is conferred on this Court by 28 U.S.C. §§1331 (federal question jurisdiction).

6. Venue is appropriate in this Court, as the violations complained of occurred in Boca Raton, Florida, which is located in this judicial district.

## FACTS OF CASE

7. Plaintiff Lardin was employed by Defendants as a technician from December 2015 to May 2017.

8. Plaintiff Carter was employed by Defendants as a technician from November 2014 to February 2017.

9. Plaintiffs routinely worked more than 40 hours per week but were never paid an overtime premium as required by the FLSA.

10. Plaintiffs' written consents to join this action are attached hereto as **Exhibits A and B.**

11. Plaintiffs have retained the undersigned counsel to represent them in this action.

## COUNT I
## FAILURE TO PAY OVERTIME COMPENSATION – FLSA VIOLATION
## (AGAINST BOTH DEFENDANTS)

12. Plaintiffs adopt and reallege the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. Defendants knowingly and willfully failed to pay Plaintiffs time and one-half of their regular rate of pay for all hours worked in excess of 40 per week.

14. By reason of the said intentional, willful and unlawful acts of Defendants, Plaintiffs have suffered monetary damages, which they are entitled to recover.

15. As a result of Defendants' willful violations of the FLSA, Plaintiffs are also entitled to recover liquidated damages.

16. Pursuant to 29 U.S.C. §216(b), Plaintiffs are also entitled to recover all reasonable attorney's fees and costs incurred in this action.

17. Upon information and belief, Defendants applied their unlawful pay practices policy to other employees. Accordingly, Plaintiffs intend to move to certify this case as a collective action pursuant to 29 U.S.C. §216(b).

WHEREFORE, Plaintiff demands judgment against Defendants for the payment of overtime wages, liquidated damages, reasonable attorney's fees and costs of suit, and for all proper relief including prejudgment interest.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on the above claims.

Respectfully submitted,

*/s/Richard Tuschman*
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
2nd E-mail: assistant@gtemploymentlawyers.com
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050
Facsimile: (954) 380-8938
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JACKIE LARDIN, LACIE CARTER
and all others similarly situated,

Plaintiffs,

v.

ETW, LLC d/b/a WEST BOCA
VETERINARY CENTER,
and GREGG KUEHNEL,

Defendants.
_____/

## CONSENT TO JOIN COLLECTIVE ACTION
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in a collective action brought against my current or former employers ETW, LLC d/b/a WEST BOCA VETERINARY CENTER, and GREGG KUEHNEL, to recover unpaid overtime wages owing to me and other similarly situated individuals under the FLSA, 29 U.S.C. § 201, et seq.

I hereby authorize RICHARD D. TUSCHMAN, P.A., to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and opt to become a party plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

If this case does not proceed collectively, then I also consent, agree, and option to become a party plaintiff in any subsequent action to assert FLSA claims against Defendant(s).

6/18/2017
Date

Jacqueline Lardin
Print Name

_[signature]_
Signature

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JACKIE LARDIN, LACIE CARTER
and all others similarly situated,

      Plaintiffs,

v.

ETW, LLC d/b/a WEST BOCA
VETERINARY CENTER,
and GREGG KUEHNEL,

      Defendants.
_____/

## CONSENT TO JOIN COLLECTIVE ACTION
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

    I hereby consent to be a party plaintiff in a collective action brought against my current or former employers ETW, LLC d/b/a WEST BOCA VETERINARY CENTER, and GREGG KUEHNEL, to recover unpaid overtime wages owing to me and other similarly situated individuals under the FLSA, 29 U.S.C. § 201, et seq.

    I hereby authorize RICHARD D. TUSCHMAN, P.A., to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and opt to become a party plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

    If this case does not proceed collectively, then I also consent, agree, and option to become a party plaintiff in any subsequent action to assert FLSA claims against Defendant(s).

06/13/2017
Date

Lacie L Carter
Name
_____
Signature

